UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CONSTANCE AMOS, | ) | |
| SEANETTA JOHNSON, | ) | |
| CHRIS LANPHER, | ) | |
| MAGDELYNE LOOPER, | ) | |
| CRYSTAL ROSS, | ) | |
| BRIAN PETTINGILL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-03193-JRS-DLP |
| | ) | |
| CLASSIC DINING GROUP, LLC, | ) | |
| CLASSIC DINING KENTUCKY AVE, INC., | ) | |
| CLASSIC DINING KEYSTONE, INC., | ) | |
| CLASSIC DINING MANAGEMENT COMPANY, INC., | ) | |
| CLASSIC DINING MICHIGAN ROAD, INC., | ) | |
| CLASSIC DINING OF BLOOMINGTON, INC., | ) | |
| CLASSIC DINING OF CASTLETON, INC., | ) | |
| CLASSIC DINING OF COLUMBUS, INC., | ) | |
| CLASSIC DINING OF CRAWFORDSVILLE, INC., | ) | |
| CLASSIC DINING OF DALEVILLE, LLC, | ) | |
| CLASSIC DINING OF GREENWOOD MALL, INC., | ) | |
| CLASSIC DINING OF GREENWOOD, INC., | ) | |
| CLASSIC DINING OF LAFAYETTE, INC., | ) | |
| CLASSIC DINING OF LEBANON, INC., | ) | |
| CLASSIC DINING OF MERRILLVILLE, INC., | ) | |
| CLASSIC DINING OF PORTAGE, INC., | ) | |
| CLASSIC DINING OF ROCKFORD, INC., | ) | |
| CLASSIC DINING OF SHELBYVILLE, INC., | ) | |
| CLASSIC DINING OF POST ROAD, INC., | ) | |
| KEN KILBERGER, | ) | |

)
Defendants. )

# Final Judgment

Pursuant to the order also issued this day, all claims by Plaintiffs Amos, Johnson, and Lanpher against Classic Dining Kentucky Ave Inc., are **dismissed with prejudice**.

All claims by Amos, Johnson, and Lanpher against all other defendants are **dismissed with prejudice for lack of jurisdiction**.

All claims by Plaintiff Looper against all defendants—except for Looper's claims against Classic Dining of Daleville, LLC, which were severed and proceeded under Cause No. 1:21-cv-2491-RLY-MG—are **dismissed with prejudice for lack of jurisdiction**.

All claims by Plaintiff Ross against all defendants—except for Ross's claims against Classic Dining Post Road, Inc., which were severed and proceeded under Cause No. 1:21-cv-2492-TWP-TAB—are **dismissed with prejudice for lack of jurisdiction**.

All claims by Plaintiff Pettingill against all defendants—except for Pettingill's claims against Classic Dining of Greenwood, Inc., which were severed and proceeded under Cause No. 1:21-cv-2493-JPH-DML—are **dismissed with prejudice for lack of jurisdiction**.

This is a final judgment under Federal Rule of Civil Procedure 58. This case is closed.

Date: 05/13/2022

                                     _____
                                     JAMES R. SWEENEY II, JUDGE
                                     United States District Court
Roger A.G. Sharpe, Clerk                Southern District of Indiana

BY: _Samantha Burmester_
       Deputy Clerk, U.S. District Court


Distribution to registered parties of record via CM/ECF.